# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0468
_____

KENNEDY BURKS, DEANN
WHITLOW, LONDON HOLLAND,
MARIAH REYNOLDS and JESSICA
NJOKU,

    Appellants,

    v.

BOARD OF TRUSTEES OF FLORIDA
A & M UNIVERSITY, a public
body corporate,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

July 11, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, ROWE, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Marie A. Mattox and Ashley N. Richardson of Marie A. Mattox, P.A., Tallahassee, for Appellants.

Robert J. Sniffen, Diana K. Shumans, and Jeffrey D. Slanker of Sniffen & Spellman, P.A., Tallahassee, for Appellee.